

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BEN KURUVILLA
*Special Federal Litigation*
E-mail: bkuruvil@law.nyc.gov
Phone: (212) 788-6405
Fax: (212) 788-9776

July 30, 2012

**BY ECF**
The Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>Glenpher Johny v. The City of New York, et. al.,</u>
            11 CV 6188 (BMC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of The City of New York, assigned to the defense of the above-referenced matter on behalf of defendants The City of New York, Antonio Gonzalez, Laretha Jordan-Miller and John Lee. I write jointly with the plaintiff's counsel, Harold Baker, to report to the Court that the parties have reached an agreement to settle this matter. Accordingly, the parties respectfully request that the Court adjourn the dates set forth in its July 23, 2012 scheduling order, including the August 13, 2012 date by which the parties must submit a joint pre-trial order and the August 23, 2012 pre-trial conference. The parties expect to electronically file a stipulation of dismissal with prejudice on the docket within the next week.

      Thank you for your attention to this matter.

Respectfully submitted,

Ben Kuruvilla
Assistant Corporation Counsel

Cc:   Harold C. Baker, Esq.   **Via ECF**
      *Attorney for Plaintiff*